UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

........................................................................

KENNETH GLASSMAN-BLANCO,

              Plaintiff(s),

-against-

CITY OF NEW YORK, et al.,

              Defendant(s)

........................................................................

ORDER OF DISCONTINUANCE

CV-10-4827 (CBA)

AMON, J.

    It having been reported to the Court that the above action has been settled, it is

    ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

    SO ORDERED.

Dated: Brooklyn, New York
       February 7, 2012

                                                  s/CBA

                                              Carol Bagley Amon
                                              Chief United States District Judge